JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AGUIRRE,<br><br>Plaintiff,<br><br>vs.<br><br>2122 S. LA BREA INVESTORS, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:21-cv-00873 MWF (PDx)<br>Assigned to Michael W. Fitzgerald<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until July 04, 2021.

IT IS SO ORDERED.

Dated: June 7, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge